ACCEPTED
04-15-00046-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/3/2015 3:52:34 PM
KEITH HOTTLE
CLERK

## No. 04-15-00045-CR
## 04-15-0046-CR

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/03/2015 3:52:34 PM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| **V.** | § | **FOURTH COURT OF** |
| **APPEALS** | | |
| **FREDDIE LEE SCOTT** | § | **DISTRICT, STATE OF TEXAS** |

### MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE COURT OF APPEALS:

Comes now ANGELA J. MOORE, Assistant Public Defender, counsel in the above-styled appeal, and request permission to withdraw as counsel.

### I.

The Bexar County Appellate Public Defender was appointed to represent Appellant on February 12, 2015.

### II.

Undersigned counsel has conducted a diligent review of the record and pertinent case law, and counsel finds the appeal to be wholly frivolous. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967) and *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978), in which counsel relates that he has diligently

searched the record and has failed to find any meritorious points on appeal, and has suggested one potential points of error.

## III.

Counsel has provided Appellant, by United States Certified Mail, a copy of the brief filed in this case, along with a letter outlining Appellant's rights under *Anders*.

## IV.

Counsel will provide Appellant a copy of this Motion to Withdraw contemporaneously with filing of said brief.

## V.

For the above reasons, counsel respectfully requests permission to withdraw from representation of Appellant.

Respectfully Submitted,

ANGELA J. MOORE
Bar No. 14320110
Assistant Appellate Public Defender
Bexar County Public Defender's Office
Paul Elizondo Tower
101 W. Nueva St., Suite 300
San Antonio, Texas 78205
(210) 335-0701
Fax: (210) 335-0707
*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Motion To Withdraw as Counsel has been hand-delivered to the Bexar County District Attorney's Office, Appellate Division, Paul Elizondo Tower, 100 W. Nueva St., Suite 310, San Antonio, Texas 78205, on June 3, 2015.

ANGELA J. MOORE
Chief Public Defender

I further certify that a true and correct copy of the foregoing Brief, as well as counsel's Motion to Withdraw and letter outlining Appellant's right to file a *pro se* brief, were served upon Appellant, Mr. Freddie Lee Scott, TDCJ #1695713, Willacy Unit, 1695 South Buffalo Drive, Raymondville, Texas 7878580, by certified mail, return receipt requested, certified number 7004 1350 0002 6704 9426

ANGELA J. MOORE
Assistant Public Defender